## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA STANFORD TANGUMA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) Case No. 2:17-cv-03977-KCM-JBC |
| v. | ) ) ) |
| C.R. BARD, INC., TIMOTHY M. RING, DAVID M. BARRETT, ROBERT M. DAVIS, HERBERT L. HENKEL, JOHN C. KELLY, DAVID F. MELCHER, GAIL K. NAUGHTON, TOMMY G. THOMPSON, JOHN H. WEILAND, ANTHONY WELTERS, TONY L. WHITE, BECTON, DICKINSON AND COMPANY, and LAMBDA CORP., | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to himself only and without prejudice as to the class. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: September 25, 2017

**LITE DEPALMA GREENBERG, LLC**

By: */s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street – Suite 1201
Newark, New Jersey 07102
(973) 623-3000
Email: bgreenberg@litedepalma.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

706562.1